**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DASHAWN BROOMER,** | : | **CIVIL ACTION NO. 1:26-CV-1230** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN JESSICA SAGE,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 1st day of October, 2026, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.
2. Petitioner's motion to expedite (Doc. 11) is DENIED AS MOOT.
3. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania